LODGED　　　　FILED

2014 JUL -1 PM 4:25　　2014 JUL 21 AM 10:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY M. GARCIA<br><br>PLAINTIFF(S)<br>v.<br>OCWEN LOAN SERVICING, LLC<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV14-0343<br><br>**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____　　　　_____
Date　　　　　　　　　　　　　　　United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency　　　☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous　　☐ Immunity as to _____
☐ Other: _____

Comments: Plaintiff provides the Court with an inadequate showing of indigency as he states his monthly wages are $2,830.00, his 2013 tax return reflected income in the amount of $26,750, and owns property valued at $350,000. Said amounts appear to be sufficient to pay the filing fee.

7/3/14　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
　　　　☐ GRANTED　　　　☒ DENIED (See comments above).

7/16/14　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　United States District Judge

CV-73A (01/10)　　　　ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE